## INDEX OF EXHIBITS

| | |
|---|---|
| Exhibit A | Declarations of Plaintiffs |
| Exhibit B | Email to Chinmay Deore regarding SEVIS termination |
| Exhibit C | Email to Yogesh Joshi regarding SEVIS termination |
| Exhibit D | Email to Xiangyun Bu regarding SEVIS termination |
| Exhibit E | Email to Qiuyi Yang regarding SEVIS termination |
| Exhibit F | Follow-up email to Qiuyi Yang regarding SEVIS termination |