# Exhibit A

# Declarations of Plaintiffs

## DECLARATION/VERIFICATION OF CHINMAY DEORE

I, Chinmay Deore, state as follows:

I have reviewed the facts in the complaint that relate to me, and I affirm that those facts are accurate to the best of my knowledge, information, and belief.

Pursuant to 28 U.S.C. § 1746, I state under penalty of perjury under the laws of the United States that the above statements are true and correct to the best of my knowledge, information, and belief.

Dated: 4/10/2025

Chinmay Deore

## DECLARATION/VERIFICATION OF YOGESH JOSHI

I, Yogesh Joshi, state as follows:

I have reviewed the facts in the complaint that relate to me, and I affirm that those facts are accurate to the best of my knowledge, information, and belief.

Pursuant to 28 U.S.C. § 1746, I state under penalty of perjury under the laws of the United States that the above statements are true and correct to the best of my knowledge, information, and belief.

Dated: _____          _____
                                                                            Yogesh Joshi

## DECLARATION/VERIFICATION OF XIANGYUN BU

I, Xiangyun Bu, state as follows:

I have reviewed the facts in the complaint that relate to me, and I affirm that those facts are accurate to the best of my knowledge, information, and belief.

Pursuant to 28 U.S.C. § 1746, I state under penalty of perjury under the laws of the United States that the above statements are true and correct to the best of my knowledge, information, and belief.

Dated: 04/10/2025

_Xiangyun Bu_
Xiangyun Bu

## DECLARATION/VERIFICATION OF QIUYI YANG

I, Qiuyi Yang, state as follows:

I have reviewed the facts in the complaint that relate to me, and I affirm that those facts are accurate to the best of my knowledge, information, and belief.

Pursuant to 28 U.S.C. § 1746, I state under penalty of perjury under the laws of the United States that the above statements are true and correct to the best of my knowledge, information, and belief.

Dated: 04/10/2025

_Qiuyi Yang_
Qiuyi Yang