# Exhibit B

# Email to Chinmay Deore regarding SEVIS termination

## URGENT  Your SEVIS record has been terminated

| | |
|---|---|
| From: | Chamundeswari Gowrishankar (███████████████████) |
| To: | ███████████████ |
| Cc: | ███████████████ |
| Date: | Friday, April 4, 2025 at 10:08 AM EDT |

Hello Chinmay,

Our record shows that your SEVIS has been terminated this morning- TERMINATION REASON:  **OTHERWISE FAILING TO MAINTAIN STATUS - Individual identified in criminal records check and/or has had their VISA revoked. SEVIS record has been terminated.**

Please contact me immediately so we can discuss your options.


Thanks,
Chamu Gowrishankar
Assistant Director
Office of International Students & Scholars
Wayne State University
42 W. Warren, Welcome Center, Suite 416
Detroit, MI  48202
Phone: ███████████████
Fax:   (313) 577-2962
E-mail: ███████████████
https://oip.wayne.edu/oiss

