# Exhibit C

# Email to Yogesh Joshi regarding SEVIS termination

 **Outlook**

---

**URGENT-Your SEVIS record has been terminated**

**From** Chamundeswari Gowrishankar <  >

**Date** Tue 2025-04-08 10:51 AM

**To** Yogesh Joshi < ███████████ >

**Cc** ████████████ < ████████████ >

---

Hello Yogesh,

I am writing to you with a serious and critical information about your immigration status.

I must inform you that your SEVIS immigration record has been terminated today by the Department of Homeland Security. The reason cited on your SEVIS record for your immigration record termination is:

TERMINATION REASON: **TERMINATION REASON: OTHER - Individual identified in criminal records check and/or has had their VISA revoked. SEVIS record has been terminated.**

We do not have access to any information specific to why your SEVIS termination, but your lawful status in the U.S. is terminated, and you are at risk of detention and deportation. You should contact an immigration attorney using (https://www.aila.org/) so the attorney can assist you to find out more about your immigration record termination, and your future options.

In addition, you should contact us to discuss the implications for your status in the U.S., on-campus employment, and your enrollment. Please contact me as soon as possible.

Thanks,
Chamu Gowrishankar
Assistant Director
Office of International Students & Scholars
Wayne State University
42 W. Warren, Welcome Center, Suite 416
Detroit, MI 48202
Phone: ████████████
Fax: (313) 577-2962
E mail: ████████████
https://oip.wayne.edu/oiss



**WAYNE STATE**
UNIVERSITY