# Exhibit D

# Email to Xiangyun Bu regarding SEVIS termination

4/10/25, 10:58 AM                        University of Michigan Mail - Your ticket with the International Center (URGENT: SEVIS record termi...)

Case 2:25-cv-11038-SJM-DRG ECF No. 1-5, PageID.43 Filed 04/10/25 Page 2 of 3

 

Xiangyun Bu <██████████>

**Your ticket with the International Center (URGENT: SEVIS record termin...)**

U-M International Center <icenter@umich.edu>                                        Mon, Apr 7, 2025 at 4:22 PM
Reply-To: icenter@umich.edu
To: Xiangyun Bu <██████████>

Hello Xiangyun Bu,

A ticket was recently created for you with the International Center. Details of the ticket are below. If you have any questions about this ticket, you may reply directly to this email notification. **When replying to any ticket notification email, do not modify the original email in any way or change the recipient email address.** We also kindly ask that you not send multiple emails asking the same questions or submit the same form multiple times. This only slows down our ability to respond.

| Ticket Details |
| --- |
| **Ticket ID** |
| 8218146 |
| **Subject** |
| URGENT: SEVIS record termination notification |
| **Description** |
| Hello Xiangyun, <br><br> I am writing to inform you that we unfortunately learned during our daily check of SEVIS records that your SEVIS record was "terminated" by a Department of Homeland Security (DHS) official. The reason noted was "OTHERWISE FAILING TO MAINTAIN STATUS - Individual identified in criminal records check and/or has had their VISA revoked. SEVIS record has been terminated." <br><br> We do not have any additional information about this termination, but this means you no longer hold valid F-1 status within the United States. You will need to cease any employment immediately. Since this termination does not carry a grace period, we must recommend you make plans to exit the United States immediately. <br><br> We strongly recommend you speak with your academic program to see if there are options that would allow you to continue your program remotely. <br><br> Should you wish to investigate options to remain in the U.S., you may consult with an immigration attorney who has experience with status violations and removal proceedings. The American Immigration Lawyers Association has an online resource that may be useful at https://ailalawyer.com/. <br><br> Unfortunately, neither the International Center nor the University of Michigan has the authority to reverse this termination.  We understand this news is unsettling and stressful.  We would like to speak with you and think it will be helpful as you navigate this news.  P**lease respond to this email and I will schedule a time to meet with you.** |

4/10/25, 10:58 AM University of Michigan Mail - Your ticket with the International Center (URGENT: SEVIS record termin…)

Case 2:25-cv-11038-SJM-DRG ECF No. 1-5, PageID.44 Filed 04/10/25 Page 3 of 3

Sincerely,

Elizabeth Wiseman
International Student and Scholar Advisor

**Date Created**
Mon 4/7/25 4:22 PM Eastern Daylight Time

**Requestor**
Xiangyun Bu

To reply to this ticket or to add additional information, please reply to this email. Please do not modify the original email in your reply or change the recipient email address.

Best regards,

International Center



To comment on this item, reply to this email.

----TEAMDYNAMIX DO NOT ALTER OR REMOVE THIS CODE
QsmXAIJUcL4QbcZLMO4hyPHRWSilOg
0/3e9+fbj4YlNxh/WXw9BE/
2g1PR3lvDGaLOnSRdrkUIc2CfWAfqT
4cElE2EHz71avShzx+
H8L4EptLLGZIoZjoYd8n787ugJRhKL
AnvSNvxj35fxGjtx9cBbHWZzER7PDR
tGmS2vJKJb2VbgZsxxDq7++
eWEWyuNN93sNKca6bV3CYusemyyUfC
v1o9NxPSdkVd3RMCqDqEousOUnYaR6
62nlY4RqoBr0vPD/TPTB8KdqyMdhK9Kvf/
G7PuwTQmWB79jEbUbr/i2gTiwKMpiA/
VvIcJqYBZYNma6CEAj81RbNDC4IeOV15g
----TEAMDYNAMIX DO NOT ALTER OR REMOVE THIS CODE