# Exhibit E

# Email to Qiuyi Yang regarding SEVIS termination



Qiuyi Yang <​█​>

## Urgent: SEVIS record issue

**John Prescott** <​█​>
To: Qiuyi Yang <​█​>

Fri, Apr 4, 2025 at 1:09 PM

Qiuyi,

I am reaching out regarding your immigration record. In our daily review of SEVIS, we learned that your SEVIS record was "terminated" by a Department of Homeland Security (DHS) official. The reason noted was "OTHERWISE FAILING TO MAINTAIN STATUS - Individual identified in criminal records check and/or has had their VISA revoked. SEVIS record has been terminated."

We do not have any additional information, but this termination means you no longer hold valid F-1 status within the United States. You will need to cease any employment immediately. Since this termination does not carry a grace period, we must recommend you make plans to exit the United States immediately.

We strongly recommend you speak with your academic program to see if there are options that would allow you to continue your program remotely.

Should you wish to investigate options to remain in the U.S., you may consult with an experienced immigration attorney. The American Immigration Lawyers Association has an online resource that may be useful at https://ailalawyer.com/.

Neither the International Center nor the University of Michigan has the authority to reverse this termination. We would appreciate it if you would be willing to share with us any notifications you may have received regarding your visa or immigration status. I understand this news is unsettling and stressful. If you would like to speak with me regarding your situation, please let me know and I will schedule a time to meet with you; I am available to speak with you this afternoon.

Sincerely,
John


--

**John Prescott**
-----------------------------
**Designated School Official (DSO) / Alternate Responsible Officer (ARO)**

**International Student & Scholar Advisor**

*International Center*
*University of Michigan Student Life*

**1500 Student Activities Building**
515 E. Jefferson Street
█ 48109-1316
█