# Exhibit F

# Follow-up email to Qiuyi Yang regarding SEVIS termination

 Qiuyi Yang <​███████████>

# [URGENT] Follow-Up: SEVIS Termination and Reinstatement Request

**John Prescott** ███████████████████  Tue, Apr 8, 2025 at 2:17 PM
To: Qiuyi Yang ██████████

Qiuyi,

A check of your current SEVIS record shows:
"TERMINATION REASON: OTHER - Individual identified in criminal records check and/or has had their VISA revoked. SEVIS record has been terminated."

A point of clarification: if the government terminates the SEVIS record (rather than our office), as is the case in your circumstance, then the university international office cannot change the termination reason.

You wrote "I learned that some universities have updated the termination reason from "Otherwise Failing to Maintain Status" to "Other."" However, this is not something universities can do; this appears to be an update coming from the government side of things.

Best,
John

[Quoted tet hidden]