## INDEX OF EXHIBITS

Exhibit 1      Order Granting Plaintiff's Motion for Temporary Restraining Order, *Liu v. Noem*, No. 1:25-cv-00133 (D.N.H. Apr. 10, 2025)

Exhibit 2      ICE Policy Guidance 1004-04

Exhibit 3      DOS Guidance Directive 2016-03