
An official website of the United States government

**Official websites use .gov**
A **.gov** website belongs to an official government organization in the United States.


**Secure .gov websites use HTTPS**
A **lock** (🔒) or **https://** means you've safely connected to the .gov website. Share sensitive information only on official, secure websites.

🌐 En Español   📱 Contact Us   🔗 Quick Links

 If you are aware of student visa fraud or nonimmigrant students working unlawfully in the U.S., report it here: Email or Call 1-866-DHS-2-ICE

 U.S. Immigration and Customs Enforcement

[Search]   🔍

Call 1-866-DHS-2-ICE    Report Crime

ICE  >  STUDENT AND EXCHANGE VISITOR PROGRAM

# Student and Exchange Visitor Information System

The Student and Exchange Visitor Information System (SEVIS) is the Web-based system that the U.S. Department of Homeland Security (DHS) uses to maintain information on Student and Exchange Visitor Program (SEVP)-certified schools, F-1 and M-1 students who come to the United States to attend those schools, U.S. Department of State-designated Exchange Visitor Program sponsors and J-1 visa Exchange Visitor Program participants. It is a critical tool in our mission to protect national security while supporting the legal entry of more than one million F, M and J nonimmigrants to the United States for education and cultural exchange.

Schools use SEVIS to petition SEVP for certification, which allows the school to offer programs of study to nonimmigrant students. Designated school officials of SEVP-certified schools use SEVIS to:

- Update school information and apply for recertification of the school for continued ability to issue Forms I-20, "Certificate of Eligibility for Nonimmigrant Student Status," to nonimmigrant students and their dependents
- Issue Forms I-20 to specific nonimmigrants to obtain F or M status while enrolled at the school
- Fulfill the school's legal reporting responsibility regarding student addresses, courses of study, enrollment, employment and compliance with the terms of the student status
- Transfer the student SEVIS records to other institutions

Exchange Visitor programs use SEVIS to petition the Department of State for designation that allows the sponsor to offer educational and cultural exchange programs to exchange visitors. Responsible officers of designated Exchange Visitor programs use SEVIS to:

- Update sponsor information and apply for re-designation every two years
- Issue Forms DS-2019, "Certificate of Eligibility for Exchange Visitor (J-1) Status," to specific individuals to obtain J status
- Fulfill the sponsor's legal reporting responsibility regarding exchange visitor addresses, sites of activity, program participation, employment and compliance with the terms of the J status
- Transfer exchange visitor SEVIS records to other institutions

## SEVIS Enhancements

The Student and Exchange Visitor Information System (SEVIS) is constantly evolving to:

- Address national security and public policy concerns
- Improve the user experience
- Improve system performance

SEVIS users should be aware of planned changes to the system that could affect schools and programs. Details of planned changes can be found on the [SEVIS Enhancements page on the SEVIS Help Hub](#).

## SEVIS History

The Illegal Immigration Reform and Immigrant Responsibility Act (IIRIRA) of 1996 authorized the former Immigration and Naturalization Service (INS) to create an electronic system to collect information on F, M, and J nonimmigrants to address the problem of F, M, and J nonimmigrants who are out of status and remain in the United States without authorization. The system was intended to support INS' efforts to determine how many F, M, and J nonimmigrants are in the country, where they are, and what they are studying. After September 11, 2001, Congress updated the legislation to mandate the use of an electronic system to collect information on all F, M, and J nonimmigrants.

To meet this mandate, DHS and the Department of State deployed SEVIS in January 2003. SEVIS is a web-based information system that tracks and monitors F, M, and J nonimmigrants and dependents throughout the duration of approved participation within the U.S. education system or designated exchange visitor program. SEVIS maintains records on these nonimmigrants and receives updated information from schools and sponsors, such as changes of domestic address and in program study. SEVIS also maintains information on the schools, exchange visitor

program sponsors, and their representatives (i.e., designated school officials, responsible officers, and alternate responsible officers).

## Federal User SEVIS Access

ICE personnel and prospective SEVIS government users outside of ICE should see the directions on the SEVIS Access Instructions page.

Additional information for ICE and non-ICE Government Users: SEVIS Access Instructions (PDF | 222 KB)

# SEVIS User Profiles for Government Users

After obtaining a SEVIS user name and creating a password, all government users must create a user profile when logging into SEVIS for the first time. The user profile allows:

1. Compliance with Federal Information Security Management Act requirements for users to verify their continued need to access SEVIS annually.
2. Improved SEVP communications with government users about SEVIS system changes and outages.
3. Government users to reset their passwords more quickly.

## Resources

- Create-Manage Government User Profile User Guide (PDF | 4.1 MB)
- FAQ: SEVIS User Profiles for Government Users (PDF | 548 KB)
- Federal Supervisor SEVIS Profile Completion User Guide (PDF | 133 KB)
- Nov. 13, 2015 Webinar
  - Webinar Slides SEVIS User Profiles (PDF | 1.5 MB)
  - Webinar Recording
- Government Annual Verification User Guide (PDF | 178 KB)

## SEVIS Reporting Requirements



For Designated School Officials



## Improving Data Integrity

In U.S. Gov systems with info on nonimmigrant students



## SEVIS Fact Sheets

Additional info related to SEVIS



## SEVIS Webinars

Study in the States

Updated: 12/10/2024

## CONTACT

Contact SEVIS

sevp@ice.dhs.gov

SEVIS Help Hub

## RELATED INFORMATION

SEVP Overview

## LATEST NEWS

News Releases

📱 SEVP Response Center: (703) 603-3400 • 8 a.m. - 6 p.m. ET weekdays, except holidays

Schools

Students

Conferences & Outreach

I-901 SEVIS Fee

Operating Instructions

What's New

About SEVP

About Us

Immigration Enforcement

Combating Transnational Crime

Newsroom

     

 



## ICE Contact Center

Report suspicious activity: 1-866-DHS-2-ICE



ICE.gov

An official website of the **U.S. Department of Homeland Security**

| About ICE | Archive | The White House |
| Accessibility | No FEAR Act Data | DHS Components |
| FOIA Requests | Site Links | USA.gov |
| Privacy Policy | Performance Reports | |
| DHS.gov | Inspector General | |

National Terrorism Advisory System