An official website of the United States government

**Official websites use .gov**
A **.gov** website belongs to an official government organization in the United States.

**Secure .gov websites use HTTPS**
A **lock** ( ) or **https://** means you've safely connected to the .gov website. Share sensitive information only on official, secure websites.

🌐 En Español   📱 Contact Us   🔗 Quick Links

 U.S. Immigration and Customs Enforcement

Search  🔍

Call **1-866-DHS-2-ICE**    **Report Crime**

ICE  >  FACT SHEETS

## F and M Student Record Termination Reasons in SEVIS

FEBRUARY 1, 2016

This job aid is a quick-reference for termination reasons noted in SEVIS.

# Student Termination Reasons Available in SEVIS to DSOs

| Reason | Use when… |
|---|---|
| Absent from Country for Five Months | Both of the following statements are true:<br>• The student is known to be outside the United States.<br>• The student has been outside the United States for five months or longer.<br>**Note:** Do not use this reason for:<br>• A leave of absence – use Authorized Early Withdrawal.<br>• A student who fails to enroll after a break or vacation – use Failure to Enroll. |

4/12/25, 1:23 PM
F and M Student Record Termination Reasons in SEVIS
Case 2:25-cv-11038-SJM-DRG   ECF No. 14-4, PageID.172   Filed 04/14/25   Page 2 of 14

| Reason | Use when… |
| --- | --- |
| Authorized Drop Below Full Course Time Exceeded | Both of the following statements are true:<br>- A reduced course load (RCL) was approved by the DSO for the student for the previous session.<br>- The student did not enroll for a full course of study when the approved RCL period ended. |
| Authorized Early Withdrawal | The following statement is true:<br>- A request to withdraw from an academic program was approved for the student by a school official.<br>This reason is also used if:<br>- The student will interrupt studies for the term.<br>- The student cannot maintain enrollment at the school during the term.<br>**Note:**<br>- Student must leave the United States within 15 days of the termination date.<br>- Do not use this reason to terminate a student leaving the United States during a period of earned vacation. Instead, change the next session start date on the Registration page in SEVIS to reflect the next date the student is expected to enroll. |
| Change of Status Approved | The SEVIS record is in Active status and **either** of the following statements is true:<br>- U.S. Citizenship and Immigration Services (USCIS) approved the student's change of status out of F or M status.<br>- The student left the United States and returned in a different immigration status. The student does not plan to travel again to return in F/M status.<br>**Note:** SEVIS will note this reason when it auto-terminates a record because the CLAIMS interface indicates USCIS approved the application. |
| Change of Status Denied | **Students Changing to F or M Status:** DSOs should not need to use this reason. Prospective F or M status students should not be registered in SEVIS until USCIS approves the change of status to F or M status. The student's record should be in Initial status until the adjudication is made.<br>**Note:** SEVIS will automatically terminate the nonimmigrant's SEVIS record for the reason above when the CLAIMS interface indicates a denial of the |

| Reason | Use when... |
|---|---|
|  | change of status. If it does not, terminate the record, use the reason, and explain what happened.<br><br>**Students Changing from F or M Status to another:** The SEVIS record is in Active status and all of the following statements are true:<br><br>- The student applied for change out of F or M status.<br>- USCIS denied the application to change status.<br>**Note:** SEVIS will note this reason when it auto-terminates a record because the USCIS denial was received through CLAIMS. |
| Change of Status Withdrawn | **Students Changing to F or M Status:** DSOs should not need to use this reason. Prospective F or M status students should not be registered in SEVIS until USCIS approves the change of status to F or M status. The student's record should be in Initial status until the adjudication is made.<br>**Note:** SEVIS will automatically terminate the nonimmigrant's SEVIS record for the reason above when the CLAIMS interface indicates a withdrawal. If it does not, terminate the record, use this reason and explain what happened.<br><br>**Students Changing out of F or M Status:** The SEVIS record is in Active status and all of the following statements are true:<br><br>- The student applied for change from F or M to another nonimmigrant status.<br>- The application for the change of status was withdrawn by the student.<br>**Note:** SEVIS will note this reason when it auto-terminates a record because the USCIS withdrawal was received through CLAIMS. |
| Death | The student died.<br>**Note:** Do not use this reason if anyone else in the student's family died. |
| Denied Transfer | All of the following statements are true:<br>- The student is an M-1 student.<br>- The student's SEVIS record indicates a request to transfer.<br>- The student filed Form I-539 with USCIS to transfer to new school.<br>- USCIS denied the Form I-539 approval to transfer.<br>- The program end-date at the old (transfer-out) school is in the past or the student began studying at the new (transfer-in) school. |

| Reason | Use when... |
|---|---|
|  | - The SEVIS record is in Active status.<br>**Note:** SEVIS will note this reason when it auto-terminates a record because the USCIS denial is received through the CLAIMS interface. |
| Expulsion | The student was expelled from his or her current program of study. |
| Extension Denied | All of the following statements are true:<br>- The student is in M-1 status.<br>- The student's SEVIS record indicates an extension request.<br>- The student filed Form I-539 with USCIS for approval to extend the program of study.<br>- USCIS denied the Form I-539 to extend the program of study.<br>- The program end-date is in the past.<br>- The SEVIS record is in Active status.<br>**Note:** SEVIS will note this reason when it auto-terminates a record because the USCIS denial is received through CLAIMS. |
| Failure to Enroll | All of the following statements are true:<br>- The student is a continuing student.<br>- The SEVIS record is in active status.<br>- The student is not in a period of earned vacation.<br>- The student fails to enroll in a full course of study the next session the student is expected.<br>**Note:** SEVIS will note this reason to terminate a student's record if:<br>- The DSO has not registered the student in SEVIS for the term, and<br>- The date is 90 days after the Next Session Start Date.<br>**Do not** use this reason if a student cannot enroll because:<br>- The student is suspended – use Suspension.<br>- The student is expelled – use Expulsion.<br>- The student requested an Authorized Withdrawal for that session - use Authorized Early Withdrawal |
| Failure to Report While on OPT | The following statements are true:<br>- The student's SEVIS record is Active.<br>- The student is in a period of active 17-month OPT extension. |

| Reason | Use when... |
|---|---|
|  | - The student has not filed the validation report with the DSO (required at 6 and 12 months). |
| No Show – Manual Termination | All of the following statements are true:<br>- The student's SEVIS record is in Initial status.<br>- The student is **not** a Transfer student.<br>- The SEVIS record shows the student entered the United States.<br>- The student did not report to the school by the program start date.<br>**Note:** Do not use this reason if a student is a transfer student – use Transfer Student No Show. |
| Otherwise Failing to Maintain Status | Both of the following statements are true:<br>- The student has not maintained status.<br>- None of the other terminations reasons applies.<br>**Note:** Clearly explain how the student failed to maintain status in the Remarks field on the Terminate Student page. |
| School Withdrawn | DSOs should never use this reason. SEVIS notes this reason when it auto-terminates student records because a school loses SEVP certification and is withdrawn from SEVP. |
| Suspension | The student is suspended from school and can no longer maintain a full course of study. |
| Transfer Student No Show | Both of the following statements are true:<br>- The student transferred from another school.<br>- The student failed to report to the transfer-in school as required.<br>**Note:** SEVIS also notes this termination reason when it auto-terminates a record because:<br>- The student was not registered in SEVIS.<br>- The date is 60 days after the program start date. |
| Transfer Withdrawn | All of the following statements are true:<br>- The student is an M-1 student.<br>- The student filed Form I-539 with USCIS to transfer to a new school.<br>- The student withdrew the transfer application with USCIS.<br>- The program end-date is in the past. |

| Reason | Use when… |
| --- | --- |
|  | - The SEVIS record is in Active status.<br>**Note:** SEVIS will note this reason when it auto-terminates a record because the withdrawal is received from USCIS through CLAIMS. |
| Unauthorized Drop Below Full Course | Both of the following statements are true:<br>- The student is not currently enrolled in a full course load.<br>- A reduced course load was not approved by the DSO in advance. |
| Unauthorized Employment | Both of the following statements are true:<br>- The DSO has evidence the student is or was employed.<br>- The DSO knows the student does or did not have work permission for all or part of that employment. |
| Unauthorized Withdrawal | Both of the following statements are true:<br>- The student withdrew from school or stopped attending classes in the middle of a term.<br>- The student did not get prior approval for the withdrawal. |
| Violation of Change of Status Requirements | Both of the following statements are true:<br>- USCIS approved a student's change of status from B-1, B-2, or F-2 to F-1 or M-1 status.<br>- The student began studies before the change of status was approved. |

# Dependent Termination Reasons Available in SEVIS to School Officials

| Reason | Use when… |
| --- | --- |
| Child Over 21 | All of the following statements are true:<br>- The dependent is a child of a student.<br>- The dependent is 21 years old.<br>- The SEVIS record is in Active status. |

| Reason | Use when… |
|---|---|
|  | **Note:** DSOs should not need to use this reason. SEVIS should automatically terminate these records. If it does not, use this reason to terminate the record. |
| Death | The dependent died.<br>**Note:** Do not use this reason if anyone else in the family died. |
| Divorce | Both of the following statements are true:<br>• The dependent is the spouse of a student.<br>• The student and the spouse are divorced. |
| Other | Both of the following statements are true:<br>• The dependent's record must be terminated.<br>• None of the other termination reasons applies. |
| Principal Status Completed | Both of the following statements are true:<br>• The student's record is in Completed status.<br>• The dependent record is in Active status.<br>**Note:** SEVIS automatically terminates dependent records when a DSO completes a student's record. |
| Principal Status Terminated | Both of the following statements are true:<br>• The student's record is in Terminated status.<br>• The dependent's record is in Active status.<br>**Note:** SEVIS terminates any dependent records when a DSO terminates a student's record. |
| Status changed due to J-1 Change of Status | DSOs should **NEVER** use this reason. |
| Unauthorized Employment | Both of the following statements are true:<br>• The DSO has reliable evidence the dependent is or was employed.<br>• The DSO knows the dependent does not or did not have any form of work permission. |

4/12/25, 1:23 PM
Case 2:25-cv-11038-SJM-DRG   ECF No. 14-4, PageID.178   Filed 04/14/25   Page 8 of 14
F and M Student Record Termination Reasons in SEVIS

# System-Only Termination Reasons

| Reason | Use when… |
|---|---|
| Failure to Report While on OPT – System Termination | SEVIS notes this termination reason if the following apply:<br>• The student is in a period of active 17-month OPT extension.<br>• The SEVIS record was not updated to reflect the validation report.<br>• The date is 32 days after the reporting deadline. |
| No Show – System Termination | SEVIS notes this termination reason if the following apply:<br>• The student transferred from another school.<br>• The student failed to report to the transfer-in school as required.<br>• The date is 60 days past the program start date.<br>• The record was not terminated in SEVIS. |

# Enforcement and Removal

### 287(g)

[Delegation of Immigration Authority Section 287(g) Immigration and Nationality Act](#)
Allows a state and local law enforcement entity to enter into a partnership with ICE, under a joint MOA to receive delegated authority.

### Detention Oversight

[Family Residential Standards](#)

ERO opened the Berks Family Residential Center to accommodate alien families in ICE custody.

**Enforcement and Removal Operations**

### Case examples: ICE operations targeting criminal aliens

Data captured from July 13 to Aug. 20, 2020, shows that ICE officers arrested more than 2,000 at-large individuals living illegally in the U.S.

### ICE Air Operations

IAO is ICE's primary air transportation division.

### ICE Detention Standards

ICE continuously revises its detention standards as needed.

### Locating Individuals in Detention

ODLS allows family members, legal representatives, and members of the public to locate individuals who are detained by ICE.

### Parole of Arriving Aliens Found to Have Credible Fear of Persecution or Torture

Aliens who arrive in the US at a POE and are found to have a credible fear of persecution or torture will automatically be considered for parole.

### Using a Victim-Centered Approach with Alien Crime Victims

Q&A: Using a Victim-Centered Approach with Alien Crime Victims

# Homeland Security Investigations

**Financial Crimes/Cornerstone**

### Operation Firewall

Targets the full array of methods used to smuggle bulk cash.

4/12/25, 12:37 PM
F and M Student Record Termination Reasons in SEVIS
Case 2:25-cv-11038-SJM-DRG    ECF No. 14-4, PageID.188    Filed 04/14/25    Page 10 of 14

**Human Smuggling & Trafficking Unit**

**"Operation In Plain Sight" - Targeting Arizona Smuggling Organizations**

'Operation In Plain Sight', named as such because of the brazen nature of the transportation companies' activities

**Law Enforcement Officer Mission Support**

**Immigration and Customs Enforcement Pattern Analysis and Information Collection System (ICEPIC)**

ICEPIC helps to identify suspicious identities and discovers possible non-obvious relationships among individuals and organizations.

**National Intellectual Property Rights (IPR) Coordination Center**

**Homeland Security Investigations at Super Bowl LV**

HSI personnel will be on the front lines of the interagency effort to mitigate the threat posed by criminal organizations seeking to exploit and profit from criminal activity conducted in and around the Super Bowl - from the identification and seizure of counterfeit goods to enhanced efforts to counter human trafficking.

**Intellectual Property Right Theft Enforcement Teams**

IPTETs build on the investigative best practices identified by the IPR Center

**National Intellectual Property Rights Coordination Center**

The IPR Center stops predatory and unfair trade practices that threaten the global economy.

**Operation Apothecary**

Combats pharmaceutical smuggling

**Operation Guardian**

Combats the importation of substandard tainted, and counterfeit products that pose health and safety risks to consumers

## Operation In Our Sites

The IPR Center and its partner agencies aggressively pursue those who steal from American businesses and workers.

## Operation Pangea

Uses enforcement actions to raise awareness of the dangers posed by counterfeit medicines and medical devices being sold on the Internet

## Outreach & Training

IPR Center's Outreach & Training Unit engages in partnerships to combat IP theft through it's Operation Joint Venture initiative

## Tracing the Counterfeit Shoe Market

Despite international efforts to stop counterfeiting, a lack of consumer knowledge and the increase of online shopping gives crooks more ways than ever to dupe unsuspecting individuals out of jobs, profits and the health and safety of their families.

# National Security

## Counter-Proliferation Investigations

Notable ICE Counter-Proliferation Investigations Cases

## Terrorism-Related Threats and ICE's Authority

Success Stories – ICE uses Immigration and Customs Authorities to Address National Security threats.

# Operation Predator

## Operation Predator - Targeting child exploitation and sexual crimes

Each year, millions of children fall prey to sexual predators.

**Smuggling - Arms, Contraband, Cultural Artifacts**

[Cultural Property, Art and Antiquities (CPAA) Investigations](#)

ICE works with experts to authenticate items, determine their true ownership and return them to their countries of origin.

[In-Bond Merchandise Diversion Smuggling](#)

In-bond smuggling occurs when someone knowingly avoids paying lawful customs charges or duties on imported or exported merchandise.

[World War II Cultural Property Cases](#)

Stolen art, looted antiquities, fraudulently acquired artifacts – these are the little known casualties of war.

**Student Exchange and Visitor Program**

[F and M Student Record Termination Reasons in SEVIS](#)

This job aid is a quick-reference for termination reasons noted in SEVIS.

**Worksite Enforcement**

[Form I-9 Inspection](#)

The Immigration Reform and Control Act designates the I-9 form as the means of verifying identity and employment eligibility.

# Management and Administration

**Chief Financial Officer - Management and Budget**

[Budget - Fiscal Year 2005](#)

Budget - Fiscal Year 2005

**[Budget - Fiscal Year 2006](#)**

Budget - Fiscal Year 2006

**[Budget - Fiscal Year 2007](#)**

Budget - Fiscal Year 2007

**[Budget - Fiscal Year 2008](#)**

Budget - Fiscal Year 2008

**[Budget - Fiscal Year 2009](#)**

Budget - Fiscal Year 2009

**[Budget - Fiscal Year 2010](#)**

ICE's Fiscal Year 2010 budget figures in key categories

**[ICE Fiscal Year (FY) 2011 Enacted Budget](#)**

ICE Fiscal Year (FY) 2011 Enacted Budget

**[ICE Fiscal Year (FY) 2012 Enacted Budget](#)**

ICE Fiscal Year (FY) 2012 Enacted Budget

## Office of Human Capital - Careers

**[Student Volunteer Program](#)**

The Student Volunteer Program offers unpaid, professional training opportunities to undergraduate and graduate college students.

Updated: 05/07/2024

## ADDRESS

500 12th St SW
Washington, DC 20536

Report Crimes: Call 1-866-DHS-2-ICE

## RELATED INFORMATION

Student and Exchange Visitor Program

News Releases About the Student and Exchange Visitor Program

## CONTACT US

General Information

ICE Field Offices

HSI International Offices

Media Inquiries

Community Relations

Small Business

About Us

Immigration Enforcement

Combating Transnational Crime

Newsroom

     
 



## ICE Contact Center

Report suspicious activity: 1-866-DHS-2-ICE



ICE.gov

An official website of the U.S. Department of Homeland Security

| | | |
|---|---|---|
| About ICE | Archive | The White House |
| Accessibility | No FEAR Act Data | DHS Components |
| FOIA Requests | Site Links | USA.gov |
| Privacy Policy | Performance Reports | |
| DHS.gov | Inspector General | |

National Terrorism Advisory System