## INDEX OF EXHIBITS

| | |
|---|---|
| Exhibit A | Plaintiffs' First Set of Interrogatories, Requests for Admission, and Requests for Production of Documents to Defendants |
| Exhibit B | Notice of Taking of 30(b)(6) Deposition |
| Exhibit C | Transcript of Hearing on Plaintiffs' Emergency Motion for Temporary Restraining Order, April 15, 2025 |