IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CHINMAY DEORE, et al.,<br><br>       Plaintiffs,<br><br> v.<br><br>KRISTI NOEM, et al.,<br><br>       Defendants. | Case No. 2:25-cv-11038<br><br>Hon. Stephen J. Murphy, III<br><br>Mag. J. David R. Grand |

## INDEX OF EXHIBITS

Exhibit A    *Patel v. Lyons*

Exhibit B    Darthmouth Case Article