# Exhibit B

# Dartmouth Case Article

4/24/25, 12:12 AM Valley News - 'A bit Kafkaesque': Federal judge spars with government lawyer over status of Dartmouth international student

Case 2:25-cv-11038-SJM-DRG ECF No. 25-3, PageID.479 Filed 04/25/25 Page 2 of 9

E-Edition   Advertise   Newsletters   Subscribe   65° Mostly cloudy H:76 / L:50



# 'A bit Kafkaesque': Federal judge spars with government lawyer over status of Dartmouth international student



Dartmouth College Ph.D. student Xiaotian Liu addresses reporters following. hearing in New Hampshire's federal court on Tuesday, surrounded by lawyers Ronald Abramson (left) and Gilles Bissonnette. JEREMY MARGO[...]

Case 2:25-cv-11038-SJM-DRG ECF No. 25-3, PageID.480 Filed 04/25/25 Page 3 of 9

*Monitor staff*

By JEREMY MARGOLIS                                                                    Published: 04-23-2025 6:48 AM

Monitor staff                                                                                                  facebook

A federal judge characterized a Trump administration lawyer's refusal to confirm basic information about the legal status of a Dartmouth College international student as "a bit Kafkaesque" during a lengthy court hearing Tuesday.

For more than an hour, Judge Samantha Elliott peppered attorney Glenn Girdharry with questions about the F-1 student status of Ph.D. student Xiaotian Liu but repeatedly expressed frustration with the incompleteness of his answers.

"The government is arguing that [Liu's] status has not been terminated but the government is not willing to submit a declaration or stipulation that the status has not been terminated," Elliott said, exasperated.

The hearing in the case – which is one of several across the country that challenge the termination of international students' records in a database called the Student and Exchange Visitor Information System, or SEVIS – highlights the confusion that has pervaded the wave of terminations that have occurred in recent months.

Lawyers for Liu, who is from China, have asked Elliott to extend an earlier order she issued requiring the government to reinstate his F-1 status if it had been terminated, which would allow him to continue pursuing his graduate coursework. Elliott agreed Tuesday to extend the order until the end of the week while she crafts a more lasting decision in the case.

Liu, who is from China, is one of an estimated 4,700 students who have had their records in SEVIS, which was created in the wake of 9-11 to better track international students and other visitors, terminated since Donald Trump became president. Many of those who have come forward publicly have, like Liu, said they were given no explanation and have not violated any of the regulations that would ordinarily trigger a status change.

Much of the hearing hinged on whether the federal government had in fact terminated Liu's legal status in the first place. Girdharry repeatedly contended that Liu's F-1 status remained intact and only his SEVIS record – which is related to student status but distinct from it – had been terminated. But when Elliott asked Girdharry to confirm in writing what he was saying in court, he declined, without providing an explanation.

4/24/25, 12:12 AM                    Valley News – Awkward-esque: Federal judge spars with government lawyer over status of Dartmouth international student

Case 2:25-cv-11038-SJM-DRG ECF No. 25-3, PageID.481 Filed 04/25/25 Page 4 of 9

Trying another tact, Elliott asked directly why Liu's SEVIS record – which indicated "Individual identified in criminal records check and/or has had their VISA revoked" – had been terminated.

Article continues after...

## Yesterday's Most Read Articles



[After more than 45 years, Upper Valley guitar shop closes](#)



[On the trail: Gov. Ayotte says she delivered on her promises in her 100 days in office. Not everyone agrees](#)



[Newbury,Vt., man who killed daughter ruled to be 'not guilty by reason of insanity'](#)



[Claremont City Council votes unanimously to fire city manager](#)



[Hundreds of alumni sign letter urging Beilock, Dartmouth to make a stand for academic freedom](#)



[Fill 'er up: New Hampshire considers allowing patrons to pour their own alcohol](#)

[Your Daily Puzzles](#)

4/24/25, 12:12 AM
Valley News - With Kafkaesque 'Federal judge spars with government lawyer over status of Dartmouth international student

Case 2:25-cv-11038-SJM-DRG ECF No. 25-3, PageID.482 Filed 04/25/25 Page 5 of 9



Cross|Word



Flipart



Typeshift

4/24/25, 12:12 AM
Valley News – Sybil Karkaesque: Federal judge spars with government lawyer over status of Dartmouth international student
Case 2:25-cv-11038-SJM-DRG ECF No. 25-3, PageID.483 Filed 04/25/25 Page 6 of 9


SpellTower


Really Bad Chess

"They terminated his record based on the records check and finding that he had a hit in the records check," Girdharry said, apparently referring to an issue with Liu's visa in 2021 that was not criminal. Girdharry did not elaborate and declined to comment following the hearing.

SangYeob Kim, a lawyer for Liu, argued that it would be "unreasonable and illogical" to conclude his F-1 status remained unaltered based upon the message in the SEVIS system.

"It makes no logical sense for Dartmouth to think that his status wasn't terminated when the notation actually says that," Kim told Elliott.

Attorney Gilles Bissonnette, the legal director of the New Hampshire chapter of the American Civil Liberties Union, which is representing Liu, said he suspected the federal government was being so adamant about the student status issue because if it had in fact been revoked, the government would have violated certain laws.

"The regulations state very clearly that if you are going to terminate someone's student status, certain criteria have to be met," Bissonnette said during a press conference following the hearing.

Those criteria include conviction of a serious crime, lying to the Department of Homeland Security, or engaging in unauthorized work, according to Bissonnette.

4/24/25, 12:12 AM                                     Valley News - A bit Kafkaesque: Federal judge spars with government lawyer over status of Dartmouth international student

Case 2:25-cv-11038-SJM-DRG ECF No. 25-3, PageID.484 Filed 04/25/25 Page 7 of 9

"We know in Mr. Liu's case, and in the case of hundreds, if not thousands, of other individuals, that none of that criteria has ever been met," Bissonnette said.

"The government here dropped a grenade on colleges and universities in early April throughout the United States," Bissonnette said. "And we know what the motivation was because they reflected it on the SEVIS records themselves: it was to terminate student status."

Liu, who was able to resume the second year of his doctoral program in computer science following Elliott's temporary order two weeks ago, was present in the courtroom in Concord on Tuesday and expressed optimism about his case.

"It is of course scary to even consider that my research and my studies here at Dartmouth may be suspended, but it is my hope that I can continue my research and complete my Ph.D. here at Dartmouth," Liu said in a brief statement.

*Jeremy Margolis can be contacted at jmargolis@cmonitor.com.*

 Share on Facebook

 Share on Twitter

 Share via E-Mail

4/24/25, 12:12 AM Valley News - At In Karkaesque, Federal judge spars with government lawyer over status of Dartmouth international student

Case 2:25-cv-11038-SJM-DRG ECF No. 25-3, PageID.485 Filed 04/25/25 Page 8 of 9

**Support Local Journalism**

Subscribe to Valley News

4/24/25, 12:12 PM    Valley News - With Karkaesque, federal judge spars with government lawyer over status of Dartmouth international student

Case 2:25-cv-11038-SJM-DRG   ECF No. 25-3, PageID.486   Filed 04/25/25   Page 9 of 9

Subscribe Now

## More News for you



With its funding in peril, NH's child advocate faces pressure to stay quiet on LGBTQ issues
04-24-2025 11:39 AM



NH Supreme Court declines to consider resentencing in murders of Dartmouth professors, sends case back to lower court
04-24-2025 9:56 AM



Activist with Upper Valley ties remains detained in Vermont with a hearing set for next week
04-23-2025 12:49 PM



NH 21-year-old dies amid the worst flu season since 2009
04-23-2025 12:01 PM

---

**Valley News**

24 Interchange Dr
West Lebanon, NH 03784
603-298-8711

- Terms & Conditions
- Privacy Policy
- About Us
- Accessibility

**Customer Relations**
• Advertising 603-298-6082
advertising@vnews.com
• Subscriptions 603-298-7739
circulation@vnews.com

**Social Media**
• Facebook
• Twitter
• Instagram

**The Newspapers of New England Family**
- Amherst Bulletin
- Athol Daily News
- Concord Monitor
- Daily Hampshire Gazette
- Greenfield Recorder
- Monadnock Ledger-Transcript
- Valley News
- Valley Advocate
- The Concord Insider
- Around Concord
- NNEdigital

By using this site, you agree with our use of cookies to personalize your experience, measure ads and monitor how our site works to improve it for our users

Copyright © 2016 to 2025 by Valley News. All rights reserved.