UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHINMAY DEORE, et al.,

    Plaintiff,

Case No. 2:25-cv-11038

HONORABLE STEPHEN J. MURPHY, III

v.

KRISTI NOEM, et al.,

    Defendant.

_____/

**STIPULATED ORDER EXTENDING DEADLINES**

As instructed by the Court, the parties have conferred regarding Plaintiffs' motion for preliminary injunctive relief. Plaintiffs have proposed a resolution that would cause them to dismiss their motion without prejudice and that would involve the recitation of certain representations regarding Plaintiffs and their immigration status by Defendants. Defendants, however, have stated that additional time is needed for them to consider Plaintiffs' proposal.

In the interim, to allow time for discussions to continue, the Parties have stipulated to extend the existing filing deadlines relating to Plaintiffs' motion by three weeks and for the hearing on Plaintiffs' motion to be scheduled at a corresponding time that is suitable for the Court.

Accordingly, the Parties stipulate that the following deadlines shall now apply in this matter:

- The deadline for Defendants to provide discovery ordered by this Court in its April 30 order is extended from May 9 to **May 30, 2025**.

1

- The deadline for the Parties' Submission of Pre-Hearing Materials is extended from May 13 to **June 3, 2025**.

- The deadline for Plaintiffs' to file their reply brief is extended from May 13 to **June 3, 2025**.

- The date for a hearing on Plaintiffs' motion for preliminary injunction will be **June 11, 2025 at 1 p.m.**

SO ORDERED.

s/ Stephen J. Murphy, III  
STEPHEN J. MURPHY, III  
United States District Judge

Dated: May 6, 2025

The parties stipulate to the entry of the above order:

Respectfully submitted,

| | |
|---|---|
| /s/ Philip E. Mayor | Jerome F. Gorgon Jr. |
| Philip E. Mayor (P81691) | United States Attorney |
| Ramis J. Wadood (P85791) | |
| Bonsitu Kitaba-Gaviglio (P78822) | /s/ Zak Toomey (by permission) |
| Syeda F. Davidson (P72801) | Zak Toomey (MO 61618) |
| American Civil Liberties Union | U.S. Attorney's Office |
|   Fund of Michigan | Eastern District of Michigan |
| 2966 Woodward Avenue | 211 W. Fort St. |
| Detroit, MI  48201 | Suite 2001 |
| (313) 578-6800 | Detroit, Michigan 48226 |
| pmayor@aclumich.org | (313) 226-9617 |
| rwadood@aclumich.org | zak.toomey@usdoj.gov |
| bkitaba@aclumich.org | |
| sdavidson@aclumich.org | |
| | *Attorney for Defendants* |
| Kevin M. Carlson (P67704) | |
| Michael L. Pitt (P24429) | |
| Cooperating Attorneys, American Civil | |
|   Liberties Union Fund of Michigan | |
| Pitt McGehee Palmer Bonanni | |
|   & Rivers | |

117 W. 4th St. Ste. 200
Royal Oak, MI 48067
(248) 398-9800
kcarlson@pittlawpc.com
mpitt@pittlawpc.com

Russell Abrutyn (P63968)
Cooperating Attorney, American Civil
  Liberties Union Fund of Michigan
Abrutyn Law PLLC
15944 W 12 Mile Rd
Southfield, MI 48076
(248) 965-9440
russell@abrutyn.com

*Attorneys for Plaintiffs*